```
UNITED STATES DISTRICT COURT                                    FILED
EASTERN DISTRICT OF NEW YORK                                    CLERK
----------------------------------------------------------------X
KATHLEEN BLACK,                                                 7/9/2015 12:31 pm

                                                                U.S. DISTRICT COURT
                        Plaintiff,                              EASTERN DISTRICT OF NEW YORK
                                                                LONG ISLAND OFFICE
       -against-

                                                                    ORDER
UNITED STATES DEPARTMENT OF JUSTICE,                            15-CV-3339(SJF)
UNITED STATES ATTORNEY GENERAL
ERIC H. HOLDER, JR., FEDERAL BUREAU OF
INVESTIGATION, DIRECTOR OF THE FEDERAL
BUREAU OF INVESTIGATION JAMES B. COMEY,
LISA RENDA, DAVID BLACKWELL, BRANDON
N. WEISSLER, JR., and GIOVANNI AGUIRRE,

                        Defendants.
----------------------------------------------------------------X
FEUERSTEIN, District Judge:
```

On December 22, 2014, Kathleen Black ("plaintiff"), *pro se*, filed a complaint against defendants in the District Court for the District of Columbia, accompanied by an application to proceed *in forma pauperis*, which was granted by the Honorable Ketanji Brown Jackson. DEs 1-2; Elec. Order dated Dec. 22, 2014. On March 13, 2015, defendants United States Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI") filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim or for summary judgment pursuant to Rule 56. DE 3. On March 27, 2015, the Honorable Royce C. Lamberth ordered plaintiff to respond to defendants' motion, directing that it would be granted and the complaint dismissed if she failed to respond. DE 5. By order dated May 29, 2015, Judge Lamberth granted the DOJ's and FBI's motion to dismiss as conceded and transferred the remainder of the case to the United States District Court, Eastern District of New York. DE 8. By electronic order of the Honorable Pamela K. Chen dated June 23, 2015, the Clerk of the Court was directed to transfer this case to Central Islip in light of the remaining defendants' locations in

Nassau and Suffolk Counties; on June 24, 2015, the case was reassigned to the Honorable Leonard D. Wexler. On June 26, 2015, Judge Wexler recused himself and the case was reassigned to me.

Based upon Judge Lamberth's order, defendants the DOJ, FBI, Eric H. Holder, Jr. and James B. Comey are terminated from this case. **Plaintiff is directed to file an amended complaint, on or before August 10, 2015, which shall be limited to the allegations and claims against the remaining named defendants only, i.e., Lisa Renda, David Blackwell, Brandon N. Weissler, Jr. and Giovanni Aguirre**. The amended complaint shall be captioned "First Amended Complaint" and shall bear the same docket number as this Order. Plaintiff is advised that the amended complaint shall completely supersede the original complaint and therefore, it must include all claims against the remaining defendants. Upon receipt of the amended complaint, the Court shall review it pursuant to 28 U.S.C. § 1915(e)(2)(B).

**In the event plaintiff does not file an amended complaint in compliance with this Order and within the time allowed, the complaint shall be dismissed with prejudice and the Clerk of the Court shall close this case.**

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States,* 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

Dated: July 9, 2015
      Central Islip, New York

                                        /s/
                                Sandra J. Feuerstein, U.S.D.J.