UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KATHLEEN BLACK,

                         Plaintiff,

        -against-

DAVID BLACKWELL, LISA RENDA, BPA
INTERNATIONAL, INC., BRANDON WEISSLER,
JR., GIOVANNI AGUIRRE,

                         Defendants.
----------------------------------------------------------X

**ORDER**
15-CV-3339(SJF)(AKT)

FEUERSTEIN, District Judge:

By Order to Show Cause dated August 18, 2015, plaintiff Kathleen Black ("plaintiff"), *pro se*, was ordered to show cause in writing on or before September 21, 2015 explaining why the Court should not dismiss the claims in her amended complaint as untimely under the applicable statute of limitations. [Docket Entry No. 14.] Plaintiff has not responded to the Order to Show Cause and has not requested an extension of time to do so. Accordingly, plaintiff's complaint is dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court is directed to close this case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

**SO ORDERED.**

                                            s/ Sandra J. Feuerstein
                                            Sandra J. Feuerstein
                                            United States District Judge

Dated: October 13, 2015
       Central Islip, New York